OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

2/25/2015
BROWN, HIRAM

$ 00.26⁵

COA No. 14-12-00833-CR

Tr. Ct. No. 1806917

MAILED FROM ZIP PD-1567-14

On this day, the Appellant's Pro Se petition for discretionary review has been refused.

Abel Acosta, Clerk

HIRAM BROWN

RETURN TO SENDER

N3B 77